## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: **1:20-CR-00731** |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE PAMELA A. BARKER |
| vs. | ) | |
| | ) | **RESPONSE TO THE COURT'S** |
| ERIC KING | ) | **ORDER TO SHOW CAUSE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Now comes Defendant, Eric King (16) of the superseding indictment, by and through the undersigned counsel and for their response to the Court's February 8, 2023 Order to Show Cause as to why counsel and his client should not be held in contempt, responds as follows.

On November 17, 2022, undersigned counsel was appointed as counsel to Shantell Augustus in Cuyahoga County Case Number CR-22-674785, See Journal Entry appointing Attorney Hess, **Exhibit A.** Ms. Augustus is charged with one count of felonious assault. See Indictment of Ms. Augustus, **Exhibit B.** Ms. Augustus is also the victim in another case captioned *The State of Ohio v. Sonya Mitchell,* Cuyahoga County Case Number CR-22-666921. See Indictment of Sonya Mitchell with named victim Shantell Augustus, **Exhibit C.**

On February 8, 2023, Attorney Hess was scheduled to appear as counsel for Ms. Augustus for her to provide a statement at the sentencing of her assailant in case

number CR-22-666921 before the Honorable William F. Vodrey. See attached Journal Entry setting change of plea hearing for Sonya Mitchell, **Exhibit D.** Additionally, Attorney Hess was scheduled for a Final Pretrial Conference and a bond revocation hearing with the Honorable Judge Nancy Margaret Russo in case number CR-22-674785. (See attached Journal Entry of January 25, 2023, **Exhibit E**, February 7, 2023 email form the bailiff of Judge Nancy Margaret Russo, **Exhibit F,** and *Attorney Calendar Search,* from the Clerk of Courts for the Cuyahoga County Court of Common Pleas website attached hereto as **Exhibit G**).

The plea and sentencing hearing scheduled before Judge William Vodrey at 9:00am went well past 11:30am. Multiple persons were heard on the record and the necessity of undersigned counsel's client having to stand before the court multiple times to provide her statement in response to inquiries made by the Judge in that case caused for an unavoidable delay in counsel's schedule. See Journal Entry of Plea and Sentencing attached hereto as **Exhibit H.**

The sentencing hearing had gone much longer than expected, so much so, that the hearing scheduled for 11:00am before the Honorable Judge Nancy Margaret Russo had to be rescheduled for another day. See Journal Entry attached as **Exhibit I.**

Undersigned Counsel had joined in the Motion to Continue previously filed on January 23, 2023 and inadvertently failed to place the final pretrial dates in his

new 2023 calendar which is why he had not notified his Client, Eric King, to be present in Court on February 8, 2023.

Counsel asks that this Honorable Court excuse his error in scheduling and absolve his client of any wrongdoing as he and Defendant King have been present for all prior appearances and this error in scheduling will not happen again. It was no fault of Mr. King that he was not present on February 8, 2023 as it was counsel's unavoidable issue with managing appearances in other courts.

Counsel believes that the United States and Defendant King have not been prejudiced as a result of Counsel's failure to attend the Pretrial. Counsel regrets the inconvenience to this Honorable Court and counsel for the United States, in addition to all other defense counsel who were present, and again states that Counsel's failure was in no way meant to challenge this Court's authority nor to demean these proceedings. Counsel respectfully requests that this Court accept his apologies and pledge to avoid any further such conduct going forward.

**CONCLUSION**

For the reasons set forth above, undersigned counsel asks that this Honorable Court, for good cause shown, not hold Attorney Hess or Mr. King in contempt for their absence on February 8, 2023.

Respectfully submitted,

Timothy A. Hess, Esq. (0074995)
T. Hess & Associates, LLC
55 Public Square, Suite 1700
Cleveland, Ohio 44113
Phone: (216) 696-2915
Cell:   (216) 262-7405
Fax:    (216) 696-3228
Email: timhess22@me.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail. Pay access this filing through the Court's system.

Timothy Hess, Esq. (0074995)
Attorney for Defendant



133328069

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

THE STATE OF OHIO
  Plaintiff

Case No: CR-22-674785-A

Judge: NANCY MARGARET RUSSO

SHANTELL  AUGUSTUS
  Defendant

INDICT: 2903.11 FELONIOUS ASSAULT

## JOURNAL ENTRY

MOTION FOR LEAVE TO WITHDRAW FROM ACTION AND FOR APPOINTMENT OF NEW COUNSEL GRANTED.

DEFENDANT REMAINS INDIGENT; ATTORNEY TIMOTHY HESS ASSIGNED AS COUNSEL.

FIRST PRETRIAL SET FOR 11/29/2022 AT 09:00 AM.

11/17/2022
CPDL2 11/17/2022 14:05:40

_Nancy Margaret Russo_
_____
Judge Signature      11/17/2022

HEAR
11/17/2022

RECEIVED FOR FILING
11/17/2022 14:40:29
NAILAH K. BYRD, CLERK



EXHIBIT

A

Page 1 of 1

# Cuyahoga County Court of Common Pleas
## Criminal Court Division

| State of Ohio, | | A True Bill Indictment For |
|---|---|---|
| | Plaintiff | **Felonious Assault – F2** |
| VS. | | §2903.11(A)(1) |
| Shantell Augustus | Montez Banks, | |
| | Defendants | 2 Additional Count(s) |

| Dates of Offense (on or about) | The Term Of | Case Number |
|---|---|---|
| September 30, 2022 | September of 2022 | 674785-22-CR |

The State of Ohio, } SS.
Cuyahoga County

CR22674785-A                         131112939

| **Count One** | **Felonious Assault - F2** |
|---|---|
| | §2903.11(A)(1) |
| **Defendants** | Shantell Augustus, Montez Banks |
| **Date of Offense** | On or about  September 30, 2022 |

*The Jurors of the Grand Jury of the State of Ohio, within and for the body of the County aforesaid, on their oaths, IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OHIO, do find and present, that the above named Defendant(s), on or about the date of the offense set forth above, in the County of Cuyahoga, unlawfully*

did knowingly cause serious physical harm to Richard Grayson.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| **Count Two** | **Criminal Damaging Or Endangering - M2** |
|---|---|
| | §2909.06(A)(1) |
| **Defendants** | Montez Banks |
| **Date of Offense** | On or about  September 30, 2022 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly cause or create a substantial risk of physical harm, by any means, to property of Richard Grayson, to wit: motor vehicle windshield, without his consent.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

**FILED**
OCT 12 2022
Clerk of Courts
Cuyahoga County, Ohio

*Linda Tishee*
Foreperson of the Grand Jury

*Michael C. O'Malley*
Prosecuting Attorney

Page 1 of 2

**EXHIBIT**
B

# Cuyahoga County Court of Common Pleas
## Criminal Court Division

| State of Ohio, | | A True Bill Indictment For |
|---|---|---|
| | Plaintiff | **Felonious Assault - F2**<br>§2903.11(A)(1) |
| Sonya Mitchell, | | |
| | Defendant | 2 Additional Count(s) |

| Dates of Offense (on or about) | The Term Of | Case Number |
|---|---|---|
| December 5, 2021 | January of 2022 | 666921-22-CR |

The State of Ohio, } SS.
Cuyahoga County

CR22666921-A                          120601781

---

| **Count One** | **Felonious Assault - F2**<br>§2903.11(A)(1) |
|---|---|
| **Defendants** | Sonya Mitchell |
| **Date of Offense** | On or about  December 5, 2021 |

*The Jurors of the Grand Jury of the State of Ohio, within and for the body of the County aforesaid, on their oaths, IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OHIO, do find and present, that the above named Defendant(s), on or about the date of the offense set forth above, in the County of Cuyahoga, unlawfully*

did knowingly cause serious physical harm to Shantell C. Augustus.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

---

| **Count Two** | **Felonious Assault - F2**<br>§2903.11(A)(2) |
|---|---|
| **Defendants** | Sonya Mitchell |
| **Date of Offense** | On or about  December 5, 2021 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly cause or attempt to cause physical harm to Shantell C. Augustus by means of a deadly weapon or dangerous ordnance, to wit: a sharp knife appearing object,.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

**FILED**

JAN 1 4 2022

Clerk of Courts
Cuyahoga County, Ohio

_____
Foreperson of the Grand Jury

_____
Michael C. O'Malley
Prosecuting Attorney

**EXHIBIT**

C

Page 1 of 2



138596888

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

THE STATE OF OHIO
    Plaintiff

Case No: CR-22-666921-A

Judge: WILLIAM F. B. VODREY

SONYA MITCHELL
    Defendant

INDICT: 2903.11  FELONIOUS ASSAULT
         2903.11  FELONIOUS ASSAULT
         2913.02  THEFT; AGGRAVATED THEFT

## JOURNAL ENTRY

PRETRIAL HELD 02/01/2023.
HEARING SET FOR 02/08/2023 AT 09:00 AM.
AT THE REQUEST OF DEFENDANT.
REASON FOR CONTINUANCE: CASE WAS SET FOR TRIAL TODAY BUT COURT WAS ENGAGED IN A JURY TRIAL AND UNAVAILABLE.
CASE SET FOR A POTENTIAL CHANGE OF PLEA.

02/01/2023
CPAU1 02/01/2023 12:24:23

_____  2-1-23
Judge Signature           Date



2023 FEB -1  P 4: 29
CLERK OF COURTS
CUYAHOGA COUNTY
FILED

HEAR
02/01/2023

**EXHIBIT**
D

Page 1 of 1



138095868

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

THE STATE OF OHIO
  Plaintiff

SHANTELL  AUGUSTUS
  Defendant

Case No: CR-22-674785-A

Judge: NANCY MARGARET RUSSO

INDICT: 2903.11 FELONIOUS ASSAULT

## JOURNAL ENTRY

DEFENDANT'S MOTION FOR CONTINUANCE OF TRIAL GRANTED.  DEFENSE COUNSEL TO BE ENGAGED IN STATE
V. EGGLTON, 665844.

FINAL PRETRIAL SET FOR 02/08/2023 AT 11:00 AM .
AT THE REQUEST OF DEFENDANT.
TRIAL CONTINUED TO 02/27/2023 AT 09:00 AM
AT THE REQUEST OF DEFENDANT.

01/25/2023
CPDL2 01/25/2023 16:48:46

_Nancy Margaret Russo_
Judge Signature                01/26/2023

HEAR
01/25/2023



RECEIVED FOR FILING
01/26/2023 08:01:31
NAILAH K. BYRD, CLERK

EXHIBIT
E

Page 1 of 1

From: Deena Lucci CPDL2@cuyahogacounty.us

Subject: Shantell Augustus

Date: February 7, 2023 at 1:58:51 PM

To: Keller, Chauncey ckeller@prosecutor.cuyahogacounty.us, Tim Hess timhess22@me.com

Final PT is tomorrow.  I know the offer was rejected.  There will be a hearing on her alcohol monitor tamperii



# Attorney Calendar Search

Attorney  HESS/TIMOTHY/A ⌄

Scheduled Date:
From 02/08/ To 02/08/

☑ Show Active
☑ Show Cancelled

Search

Clear

| Schedule Date | Schedule Time | Schedule Type | Location | Case Number | Status | Judge | Case Caption |
|---|---|---|---|---|---|---|---|
| 2/08/2023 | 09:00 AM | PRETRIAL CONFERENCE | 18A JUSTICE CENTER | CR-21-660981-A | Active | WILLIAM F. B. VODREY | THE STATE OF OHIO v RAYMOND J SHEPHERD |
| 2/08/2023 | 11:00 AM | PRETRIAL CONFERENCE (FINAL) | 18C JUSTICE CENTER | CR-22-674785-A | Active | NANCY MARGARET RUSSO | THE STATE OF OHIO v SHANTELL AUGUSTUS |
| 2/08/2023 | 11:00 AM | HEARING | 18C JUSTICE CENTER | CR-22-674785-A | Canceled | NANCY MARGARET RUSSO | THE STATE OF OHIO v SHANTELL AUGUSTUS |

Copyright © 2023 PROWARE. All Rights Reserved. 1.1.772



EXHIBIT

G



139196351

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

*FILED*
2023 FEB -9 P 2:23
CLERK OF COURTS
CUYAHOGA COUNTY

THE STATE OF OHIO
Plaintiff

SONYA MITCHELL
Defendant

Case No: CR-22-666921-A

Judge: WILLIAM F. B. VODREY

INDICT: 2903.11 FELONIOUS ASSAULT
2903.11 FELONIOUS ASSAULT
2913.02 THEFT; AGGRAVATED THEFT

## JOURNAL ENTRY

DEFENDANT IN COURT WITH COUNSEL SEAN M SWEENEY. PROSECUTING ATTORNEY(S) THOMAS ROVITO PRESENT.
COURT REPORTER PRESENT.

~~DEFENDANT FULLY ADVISED IN OPEN COURT OF HIS/HER CONSTITUTIONAL RIGHTS AND PENALTIES.~~
ON RECOMMENDATION OF PROSECUTOR COUNT(S) 1 IS/ARE AMENDED TO ASSAULT 2903.13 A M1.

DEFENDANT RETRACTS FORMER PLEA OF NOT GUILTY AND ENTERS A PLEA OF GUILTY TO ASSAULT 2903.13 A M1 AS AMENDED IN COUNT(S) 1 OF THE INDICTMENT.

DEFENDANT RETRACTS FORMER PLEA OF NOT GUILTY AND ENTERS A PLEA OF GUILTY TO THEFT; AGGRAVATED THEFT 2913.02 A(1) M1 AS CHARGED IN COUNT(S) 3 OF THE INDICTMENT.

COUNT(S) 2 IS/ARE NOLLED.

COURT ACCEPTS DEFENDANT'S GUILTY PLEA.
DEFENDANT WAIVES PSI.

VICTIM PRESENT IN COURT.
DEFENDANT AGREES NOT TO SEEK THE SEALING OF THE RECORD OF HER CONVICTION AT ANY TIME.
PROBATION TERM BY AGREEMENT.
DEFENDANT ADDRESSES THE COURT, PROSECUTOR THOMAS ROVITO ADDRESSES THE COURT, VICTIM OF CRIME ADDRESSES THE COURT

THE COURT CONSIDERED ALL REQUIRED FACTORS OF THE LAW.
IT IS NOW ORDERED AND ADJUDGED THAT SAID DEFENDANT SONYA MITCHELL, IS SENTENCED TO THE CUYAHOGA COUNTY JAIL FOR A TERM OF 6 MONTH(S).

COUNT 1: M1, 6 MONTH(S).

COUNT 3: M1, 6 MONTH(S).

EXECUTION OF SENTENCE SUSPENDED.
DEFENDANT TO SERVE 3 YEAR(S) PROBATION ON EACH COUNT.

THE DEFENDANT IS ORDERED TO REPORT TO THE PROBATION DEPARTMENT. DEFENDANT TO ABIDE BY THE RULES AND REGULATIONS OF THE PROBATION DEPARTMENT.
COURT ORDERS DEFENDANT TO BE SUPERVISED BY: REGULAR SUPERVISION UNIT
DEFENDANT TO PERFORM COURT COMMUNITY WORK SERVICE FOR 100 HOURS.

SENT
02/08/2023



EXHIBIT
H



139196351

SUBMIT TO RANDOM DRUG TESTING
OBTAIN / MAINTAIN VERIFIABLE EMPLOYMENT, PROVIDE PROOF OF EMPLOYMENT TO THE PROBATION DEPARTMENT.
OBTAIN GED
PARTICIPATE AND SUCCESSFULLY COMPLETE AN ANGER MANAGEMENT PROGRAM.
NO CONTACT WITH VICTIM(S)
DEFENDANT SHALL WRITE A LETTER OF APOLOGY TO THE VICTIM, TO BE SENT THROUGH THE PROBATION DEPARTMENT.
COUNT 1 - DEFENDANT TO PAY $1,000.00 FINE; FINE SUSPENDED.
COUNT 3 - DEFENDANT TO PAY $1,000.00 FINE; FINE SUSPENDED.
VIOLATION OF THE TERMS AND CONDITIONS MAY RESULT IN MORE RESTRICTIVE SANCTIONS, OR A JAIL TERM OF 6 MONTHS (JAIL CREDIT 3 DAYS TO DATE) AS APPROVED BY LAW.

DEFENDANT DECLARED INDIGENT.
COSTS WAIVED
SUPERVISION FEE WAIVED
RESTITUTION ORDERED IN THE AMOUNT OF $500.00 TO VICTIM; PAYABLE THROUGH THE PROBATION DEPARTMENT.
RESTITUTION IS ORDERED OVER DEFENDANT'S OBJECTION; RESTITUTION TO BE PAID BY 09/08/2023.

ALL MOTIONS NOT SPECIFICALLY RULED ON PRIOR TO THE FILING OF THIS JUDGMENT ENTRY ARE DENIED AS MOOT.

02/08/2023
CPKAO 02/09/2023 08:26:52

_____     2·9·23
Judge Signature                Date

SENT
02/08/2023



139144374

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

THE STATE OF OHIO
   Plaintiff

Case No: CR-22-674785-A

Judge: NANCY MARGARET RUSSO

SHANTELL  AUGUSTUS
   Defendant

INDICT: 2903.11  FELONIOUS ASSAULT

## **JOURNAL ENTRY**

HEARING PREVIOUSLY SET FOR 02/08/2023 AT 11:00AM IS RESET FOR 02/16/2023 AT 11:00AM.
AT THE REQUEST OF DEFENDANT.
DEFENDANT UNAVAILABLE.

02/08/2023
CPDL2 02/08/2023 13:39:10



_____
   Judge Signature        02/08/2023

HEAR
02/08/2023

RECEIVED FOR FILING
02/08/2023 19:12:04
NAILAH K. BYRD, CLERK

EXHIBIT
I

Page 1 of 1